# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 9073 | **DATE** | 3/1/2005 |
| **CASE TITLE** | Bacus Laboratories vs. Aperio Technologies | | |

**DOCKET ENTRY TEXT:**

The disputed claim terms are construed in accordance with the conclusions set forth on the attached Memorandum Opinion and Order. Bacus' motion for a stay is denied. This case is set for a status hearing on 3/9/05 at 8:30 a.m. in chambers.

■ [ For further detail see attached order.]

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|