Document Removed From the

Record Per Court Order.