# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.4
### Eastern Division

Bacus Lab Inc
        Plaintiff,

v.                              Case No.: 1:02−cv−09073
                                 Hon. Matthew F. Kennelly

Aperio Tech Inc, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 7, 2005:

      MINUTE entry before Judge Matthew F. Kennelly :Motion to file brief in excess of 15 pages is denied. Schedule for all motions for summary judgment is adjusted as follows: Response to motions due 8/2/2005. Reply brief due 8/12/2005. Mailed notice(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.